

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2022

No. 04-22-00486-CR

**EX PARTE** Elvin Maudiel **LOPEZ DUBON**

From the County Court, Kinney County, Texas
Trial Court No. 10371CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

Appellant's brief is currently due on September 28, 2022. On September 20, 2022, appellant filed an unopposed motion requesting a sixty-day extension of time to file his brief. We GRANT the motion and ORDER appellant to file his brief by **November 28, 2022**. Further requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court